UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 14-7096 _____ as

[ ] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [✓] Pro Bono  [ ] Government

**COUNSEL FOR:** Sammy Ussery

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_(signature)_

| | |
|---|---|
| David Strauss | 919-856-2232 |
| Name (printed or typed) | Voice Phone |
| North Carolina Prisoner Legal Service | 919-856-2223 |
| Firm Name (if applicable) | Fax Number |
| 1110 Wake Forest Road | |
| Raleigh, NC 27604 | dstrauss@ncpls.org |
| Address | E-mail address (print or type) |

---

### CERTIFICATE OF SERVICE

I certify that on 10-20-2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Kimberly Grande
Assistant Attorney General
NC DOJ
PO Box 629
919-716-6500
kgrande@ncdoj.gov

_Signature_     10/2/14  _Date_

05/07/2014
SCC